```
              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEW HAMPSHIRE
```

**Barbara Kraft**

   v.                                    Case No. 10-cv-164-PB

**Larry A. Mayer, et al.**


**O R D E R**

The defendants have filed a motion for summary judgment which became ripe on November 5, 2011. In addition, the defendants filed a motion to strike the plaintiff's objection to the motion, which only became ripe on November 15, 2011. Trial is scheduled for January 4, 2012 and the court has insufficient time to resolve the pending motions prior to the trial date. Accordingly, the case shall be removed from the trial list and rescheduled if necessary after the motion for summary judgment has been resolved.

    SO ORDERED.

                                      /s/Paul Barbadoro
                                      Paul Barbadoro
                                      United States District Judge

December 12, 2011

cc:  Paul McEachern, Esq.
     Martha Van Oot, Esq.